No. 10-5315. Roy C. Rivas, Jr., Petitioner v. Stuart Ryan, Warden.

562 U.S. 915, 131 S. Ct. 276, 178 L. Ed. 2d 181, 2010 U.S. LEXIS 6979.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 373 Fed. Appx. 718.